574

J. P., Marsh, Gabrielli, Moule and Henry, JJ.

RICHARDS "OF COURSE", INC., Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 47474.) (Appeal No. 5.) — Judgment

Present — Del Vecchio,
J. P., Marsh, Gabrielli, Moule and Henry, JJ.

RICHARDS "OF COURSE", INC., Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 47475.) (Appeal No. 6.) — Judgment

Present — Del Vecchio,
J. P., Marsh, Gabrielli, Moule and Henry, JJ.

RICHARDS "OF COURSE", INC., Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 47481.) (Appeal No. 7.) — Judgment

Present — Del Vecchio,
J. P., Marsh, Gabrielli, Moule and Henry, JJ.

HORACE W. KNIGHT et al., Respondent-Appellants, v. STATE OF NEW YORK, Appellant-Respondent. (Claim No. 46766.)